IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-00533 |
| | ) | |
| Nicholas R Keifer | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |

NOTICE OF MOTION

TO:   Nicholas R Keifer, 442 Itasca St. Wood Dale, IL 60191 *via US mail*

Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **October 19, 2018 at 9:30 a.m.**, I shall appear before the Honorable Judge Janet S. Baer at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on September 28, 2018 before the hour of 7:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-00533 |
| | ) | |
| Nicholas R Keifer | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Nicholas R Keifer (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 8, 2018 and his Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $994 for 7 months then $1,111 for 53 months until the end of the plan with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has fallen behind on his plan payments and a default has accrued, as of the date of this motion the current default is $2,353.50.

5. The Debtor has paid in to date $5,715.50 into the Chapter 13 plan.

6. The Debtor fell behind on the plan payments and living expenses because he lost his job and had a period of no income and he was not receiving any unemployment.

7. The Debtor as of September 4, 2018 has found employment at the Village of Niles but he is only working part time and his hourly income is $29.70 per hour.

8. When the Debtor's case was filed he was working full time and making $90,270 a year and with that income he was in a 100% repayment plan to his general unsecured creditors.

9. The Debtor's income has dropped significantly and proof of the decrease in income and hours is attached as his employment letter form the Village of Niles. (See Exhibit A)

10. The Debtor is looking to modify his plan by deferring the default to the end of the plan and decreasing the plan percentage to general unsecured creditors from 100% to a minimum of 10% due to Debtor's significant decrease in hours and income.

11. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan and to decrease the plan percentage to general unsecured creditors from 100% to a minimum of 10%.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan and to decrease the plan percentage to general unsecured creditors from 100% to a minimum of 10%; and for such further relief that this Court may deem just and proper.

Dated:  September 28, 2018                    Respectfully Submitted,

By:    /s/ David H. Cutler
       David H. Cutler, esq.,
       Counsel for Debtor(s):
       Cutler & Associates, Ltd.
       4131 Main St.
       Skokie, IL 60076
       Phone: (847) 673-8600