UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-00533 |
| Nicholas R Keifer | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The current default of $2,353.50 thru September is deferred to the end of the plan.

2. Beginning October 2018, the plan payment is reduced from $1,111 to $685 per month for the remaining 51 months of the plan.

3. The divided to the GUC is reduced from 100% to 10%.

4. The New Plan Base is $41,755.00.

5. All other terms of the confirmed plan shall remain the same.

Enter: *Janet S. Baer*

Dated: **OCT 2 9 2018**

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko